IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

ROOSEVELT CANNADY                                                    PLAINTIFF

v.                    No. 3:16-cv-102-DPM

SAVINGS OIL COMPANY;
SAVINGS INCORPORATED,
d/b/a Dodge's Store;
JAMES DANIELS,
d/b/a ABC Contracting Services; and
EFRAIN BOLANOS,
d/b/a Bolanos Remodeling Services                                   DEFENDANTS

ORDER

I recuse. Barrett Moore is on my recusal list. The Clerk must reassign this case at random by chip exchange.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

30 January 2017