# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

**ROOSEVELT CANNADY**                                              **PLAINTIFF**

v.                              **CASE NO. 3:16-CV-00102 BSM**

**SAVINGS OIL COMPANY, et al.**                                    **DEFENDANTS**

## ORDER

Pursuant to the parties' stipulation of dismissal [Doc. No. 55], this case is dismissed without prejudice, with each party to bear its own fees and costs.  *See* Fed. R. Civ. P. 41(a)(1)(A)(ii).

IT IS SO ORDERED this 30th day of March 2017.

_____
UNITED STATES DISTRICT JUDGE