IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**ROOSEVELT CANNADY**                                                **PLAINTIFF**

**v.**                      **CASE NO. 3:16-CV-00102 BSM**

**SAVINGS OIL COMPANY, et al.**                             **DEFENDANTS**

## JUDGMENT

Consistent with the order entered on this day, this case is dismissed without prejudice, with each party bearing its own fees and costs.

IT IS SO ORDERED this 30th day of March 2017.

_____
UNITED STATES DISTRICT JUDGE