IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

ROOSEVELT CANNADY                                                           PLAINTIFF

v.                          CASE NO. 3:16-CV-00102 BSM

SAVINGS OIL COMPANY et al.                                              DEFENDANTS

## ORDER

This case was dismissed by stipulation on March 30, 2017. Doc. Nos. 55, 56, 57. Consequently, plaintiff Roosevelt Cannady's post-dismissal filings are denied. Doc. Nos. 58, 60, 62–68. If Cannady wishes to raise new issues, he must file a complaint to start a new lawsuit with a new docket number.

IT IS SO ORDERED this 25th day of October 2018.

UNITED STATES DISTRICT JUDGE